**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Albert BETEMIT, a/k/a Juan Lopez,**
**a/k/a Jose Ivan Torres, a/k/a Jose**
**Frias, Defendant—Appellant.**

No. 10–7048.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 1, 2010.

Albert Betemit, Appellant Pro Se. Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Betemit appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Betemit*, No. 3:95–cr–00064–REP–1 (E.D.Va. July 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*